# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.    15-cr-00215-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   EZEQUIEL YAHEUDT RODRIGUEZ-GUZMAN,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on October 23, 2015, it is hereby

ORDERED that Defendant, EZEQUIEL YAHEUDT RODRIGUEZ-GUZMAN, is sentenced to **TIME SERVED.**

Dated:   October 23, 2015

BY THE COURT:

RAYMOND P. MOORE,
UNITED STATES DISTRICT JUDGE